```
 1
 2
 3
 4
 5
 6
 7
 8                       UNITED STATES DISTRICT COURT
 9                      EASTERN DISTRICT OF CALIFORNIA
10
11  JOHN HOIEN and PEGGY HOIEN,        No. 2:05-cv-2464-MCE-KJM
12          Plaintiffs,
13       v.                            NON-RELATED CASE ORDER
14  MERCK & CO., INC., MCKESSON
    CORPORATION, and AMERI-
15  SOURCEBERGEN DRUG CORPORATION,
16          Defendants.
   _____/
17
    PATRICIA LOVE,                     No. 2:05-cv-2140-MCE-PAN
18
            Plaintiff,
19
         v.
20
    MERCK & CO., INC. and
21  MCKESSON CORPORATION,
22          Defendants.
   _____/
23
    BARBARA HACKER,                    No. 2:05-cv-2193-GEB-JFM
24
            Plaintiff,
25
         v.
26
    MERCK & CO., INC., PFIZER, INC.,
27  and MCKESSON CORPORATION
28          Defendants.
   _____/
```

```
 1  BRUCE REEVE,                            No. 2:05-cv-2199-FCD-GGH
 2            Plaintiff,
 3       v.
 4  MERCK & CO., INC.,
 5            Defendant.
    _____/
 6
    CLARA PUMA,                             No. 2:05-cv-2203-DFL-KJM
 7
              Plaintiff,
 8
         v.
 9
    MERCK & CO., INC., and ATTORNEY
10  MCKESSON CORPORATION,
11            Defendants.
    _____/
12
    CHRISTOPHER LEESON,                     No. 2:05-cv-2240-WBS-PAN
13
              Plaintiff,
14
         v.
15
    MERCK & CO., INC., PFIZER, INC.,
16  and MCKESSON CORPORATION,
17            Defendants.
    _____/
18
    VANCE SKILLSKY,                         No. 2:05-cv-2218-DFL-GGH
19
              Plaintiff,
20
         v.
21
    MERCK & CO., INC., and
22  MCKESSON CORPORATION,
23            Defendants.
    _____/
24
25  ///
26  ///
27  ///
28  ///
```

```
 1  CLAYTON WELCH,                          No. 2:05-cv-2267-WBS-DAD
 2          Plaintiff,
 3       v.
 4  MERCK & CO., INC., and
    MCKESSON CORPORATION,
 5
            Defendants.
 6  _____/
 7  JAMES MARK REAGLE,                      No. 2:05-cv-2349-DFL-PAN
 8          Plaintiff,
 9       v.
10  MERCK & CO., INC.,
11          Defendant.
    _____/
12
    JAMES MARK REAGLE,                      No. 2:05-cv-2356-DFL-PAN
13
            Plaintiff,
14
         v.
15
    MERCK & CO., INC.,
16
            Defendant.
17  _____/
18  DEBORAH SISEMORE,                       No. 2:05-cv-2399-WBS-KJM
19          Plaintiff,
20       v.
21  MERCK & CO., INC. and
    MCKESSON CORPORATION,
22
            Defendants.
23  _____/
24  ///
25  ///
26  ///
27  ///
28  ///
```

```
 1  EDITH CROOK,                            No. 2:05-cv-2436-FCD-PAN
 2           Plaintiff,
 3       v.
 4  MERCK & CO., INC. and
    MCKESSON CORPORATION,
 5
             Defendants.
 6  _____/
 7  ALMA ZEHRUNG,                           No. 2:05-cv-2437-DFL-DAD
 8           Plaintiff,
 9       v.
10  MERCK & CO., INC. and
    MCKESSON CORPORATION,
11
             Defendants.
12  _____/
13  PAMELA PARKER,                          No. 2:05-cv-2446-GEB-KJM
14           Plaintiff,
15       v.
16  MERCK & CO., INC., MCKESSON
    CORPORATION, and AMERI-
17  SOURCEBERGEN DRUG CORPORATION,
18           Defendants.
    _____/
19
    JAMES LAME BULL and LUCINDA             No. 2:05-cv-2465-LKK-DAD
20  LAME BULL,
21           Plaintiffs,
22       v.
23  MERCK & CO., INC., MCKESSON
    CORPORATION, and AMERI-
24  SOURCEBERGENDRUG CORPORATION,
25           Defendants.
    _____/
26
27  ///
28  ///
```

4

```
 1  TOMMIE BALHOUN,                      No. 2:05-cv-2567-FCD-DAD
 2          Plaintiff,
 3       v.
 4  MERCK & CO., INC., and
    MCKESSON CORPORATION,
 5
            Defendants.
 6  _____/
 7  JOHN PALMER,                         No. 2:05-cv-2568-DFL-JFM
 8          Plaintiff,
 9       v.
10  MERCK & CO., INC., and
    MCKESSON CORPORATION,
11
            Defendants.
12  _____/
13  ESTHER NED,                          No. 2:05-cv-2584-MCE-DAD
14          Plaintiff,
15       v.
16  MERCK & CO., INC., and
    MCKESSON CORPORATION,
17
            Defendants.
18  _____/
19  BOYD COLE, STEVEN COLE, and          No. 2:05-cv-2609-MCE-GGH
    KAREN ALVISO,
20
            Plaintiffs,
21
         v.
22
    MERCK & CO., INC., and
23  MCKESSON CORPORATION,
24          Defendants.
    _____/
25
26  ///
27  ///
28  ///
```

```
 1  JILL DESART,                          No. 2:06-cv-0015-FCD-DAD
 2         Plaintiff,
 3     v.
 4  MERCK & CO., INC.,
 5         Defendant.
    _____/
 6
    JILL DESART,                          No. 2:06-cv-0062-FCD-DAD
 7
           Plaintiff,
 8
       v.
 9
    MERCK & CO., INC. and
10  MCKESSON CORPORATION,
11         Defendants.
    _____/
12
```

The Court has received the Notice of Related Cases concerning the above-captioned cases filed.  See Local Rule 83-123, E.D. Cal. (1997).  The Court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so.  This order is issued for informational purposes only, and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this Court.

IT IS SO ORDERED.

DATE: February 2, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE