1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11   ESTHER NED,                          No. 2:05-cv-2584-MCE-DAD

12          Plaintiff,

13     v.                                 **NON-RELATED CASE ORDER**

14   MERCK & CO., INC., and
     MCKESSON CORPORATION,
15
            Defendants.
16   _____/

17   CAROL LEWIS,                         No. 2:06-cv-0241-FCD-PAN

18          Plaintiff,

19     v.

20   MERCK & CO., INC., and
     MCKESSON CORPORATION,
21
            Defendants.
22   _____/

23       The Court has received the Notice of Related Cases

24   concerning the above-captioned cases filed.  See Local Rule 83-

25   123, E.D. Cal. (1997).  The Court has determined, however, that

26   it is inappropriate to relate or reassign the cases, and

27   therefore declines to do so.

28   ///

1    This order is issued for informational purposes only, and shall

2    have no effect on the status of the cases, including any previous

3    Related (or Non-Related) Case Order of this Court.

4         IT IS SO ORDERED.

5    DATE: February 23, 2006

6

7

8                              _____

9                              MORRISON C. ENGLAND, JR
                               UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28