1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11  ESTHER NED,                        No. 2:05-cv-2584-MCE-DAD

12          Plaintiff,

13      v.

14  MERCK & COMPANY, INC., and
    MCKESSON CORPORATION,
15
            Defendants.
16  _____/

17  JOHN NEAL and BETTY NEAL,          No. 2:06-cv-0675-GEB-PAN

18          Plaintiffs,

19      v.

20  MERCK & CO., INC. and
    MCKESSON CORPORATION,
21
            Defendants.
22  _____/

23      The Court has received the Notice of Related Cases

24  concerning the above-captioned cases filed.  <u>See</u> Local Rule 83-

25  123, E.D. Cal. (1997).  The Court has determined, however, that

26  it is inappropriate to relate or reassign the cases, and

27  therefore declines to do so.

28  ///

1 | This order is issued for informational purposes only, and shall
2 | have no effect on the status of the cases, including any previous
3 | Related (or Non-Related) Case Order of this Court.

4 |     IT IS SO ORDERED.

5 | DATE: April 21, 2006

6
7
8 | _____
9 | MORRISON C. ENGLAND, JR
   | UNITED STATES DISTRICT JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28