1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   ESTHER NED,                           No. 2:05-cv-2584-MCE-DAD

12          Plaintiff,

13      v.

14   MERCK & COMPANY, INC., and
     MCKESSON CORPORATION,
15
            Defendants.
16   _____/

17   JOHN NEAL and BETTY NEAL,             No. 2:06-cv-0675-GEB-PAN

18          Plaintiffs,

19      v.

20   MERCK & CO., INC. and
     MCKESSON CORPORATION,
21
            Defendants.
22   _____/

23       The Court has received the Notice of Related Cases

24   concerning the above-captioned cases filed.  <u>See</u> Local Rule 83-

25   123, E.D. Cal. (1997).  The Court has determined, however, that

26   it is inappropriate to relate or reassign the cases, and

27   therefore declines to do so.

28   ///

This order is issued for informational purposes only, and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this Court.

IT IS SO ORDERED.

DATE: April 21, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2