UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ESTHER NED,                              No. 2:05-cv-2584-MCE-DAD

     Plaintiff,

  v.

MERCK & CO., INC., and
MCKESSON CORPORATION,

     Defendants.
_____/

MICHAEL NEADERHISER,                     No. 2:06-cv-1294-FCD-GGH

     Plaintiff,

  v.

MERCK & CO., INC. and
MCKESSON CORPORATION,

     Defendants.
_____/

    The Court has received the Notice of Related Cases concerning the above-captioned cases filed.  <u>See</u> Local Rule 83-123, E.D. Cal. (1997).  The Court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so.

///

1    This Order is issued for informational purposes only, and

2  shall have no effect on the status of the cases, including any

3  previous Related (or Non-Related) Case Order of this Court.

4    IT IS SO ORDERED.

5  DATE: June 20, 2006

6

7

8    _____
      MORRISON C. ENGLAND, JR

9    UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2