1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                         EASTERN DISTRICT OF CALIFORNIA
10
11  LINO LAOLAGI,                          No. 2:06-cv-1313-LKK-KJM
    MEAFEU LAOLAGI,
12  GARY PFISTER, and
    NANCY PFISTER,
13
              Plaintiffs
14
         v.                                **NON-RELATED CASE ORDER**
15
    MERCK & CO., INC.,
16
              Defendant.
17  _____/
18  ESTER NED,                             No. 2:05-cv-2584-MCD-DAD
19            Plaintiff,
20       v.
21  MERCK & CO., INC.,
22            Defendant.
23  _____/
    BOYD COLE, STEVEN COLE, and            No. 2:05-cv-2609-MCD-GGH
24  KAREN ALVISO,
25            Plaintiffs,
26       v.
27  MERCK & CO., INC., and
    MCKESSON CORPORATION,
28
              Defendants.
    _____/

```
 1  FRANCES HUBBEL,                         No. 2:06-cv-0690-MCE-DAD
 2          Plaintiff,
 3      v.
 4  MERCK & CO., INC.,
 5          Defendant.
    _____/
 6
    PATRICIA LOVE,                          No. 2:05-cv-2140-MCD-PAN
 7
            Plaintiff,
 8
        v.
 9
    MERCK & COMPANY, INC., and
10  MCKESSON CORPORATION,
11          Defendants.
    _____/
12
    JOHN HOIEN, and PEGGY HOIEN,            No. 2:05-cv-2464-MCD-KJM
13
            Plaintiffs,
14
        v.
15
    MERCK & CO., INC., MCKESSON
16  CORPORATION, and
    AMERISOURCEBERGEN DRUG CORP.,
17
            Defendants.
18  _____/
```

The Court has received the Notice of Related Cases concerning the above-captioned cases filed.  <u>See</u> Local Rule 83-123, E.D. Cal. (1997).  The Court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so.

///
///
///
///
///

2

1    This Order is issued for informational purposes only, and
2 shall have no effect on the status of the cases, including any
3 previous Related (or Non-Related) Case Order of this Court.
4    IT IS SO ORDERED.

DATE: July 5, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE