```
 1
 2
 3
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  PATRICK GAVIGAN,                   No. 2:06-cv-1597-FCD-KJM
12           Plaintiff,
13       v.
14  MERCK & CO., INC.,
    RALEY'S INC., and
15  AMERISOURCEBERGEN DRUG CORP.,
16           Defendants.
    _____/
17  ESTHER NED,                        No. 2:05-cv-2584-MCE-DAD
18           Plaintiff,
19       v.
20  MERCK & CO., INC. and
21  MCKESSON CORPORATION,
22           Defendants.
    _____/
23  BOYD COLE, ET AL.,                 No. 2:05-cv-2609-MCE-GGH
24           Plaintiff,
25       v.
26  MERCK & CO., INC., and
27  MCKESSON CORPORATION,
28           Defendants.
    _____/
```

```
 1  JOHN HOIEN and PEGGY HOIEN,         No. 2:05-cv-2464-MCE-KJM
 2            Plaintiffs,
 3       v.
 4  MERCK & CO., INC.,
    MCKESSON CORPORATION, and
 5  AMERISOURCEBERGEN DRUG CORP.,
 6            Defendants.
                                    /
 7  _____
    FRANCES HUBBEL,                     No. 2:06-cv-0690-MCE-DAD
 8            Plaintiff,
 9       v.
10  MERCK & CO., INC.,
11            Defendant.
12  _____/
13  PATRICIA LOVE,                      No. 2:05-2140-MCE-PAN
14            Plaintiff,
15       v.
16  MERCK & CO., INC.,
    MCKESSON CORPORATION, and
17  AMERISOURCEBERGEN DRUG CORP.,
18            Defendants.
19  _____/
```

     The Court has received the Notice of Related Cases concerning the above-captioned cases filed.  <u>See</u> Local Rule 83-123, E.D. Cal. (1997).  The Court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so.

///
///
///
///

1    This Order is issued for informational purposes only, and
2 shall have no effect on the status of the cases, including any
3 previous Related (or Non-Related) Case Order of this Court.
4    IT IS SO ORDERED.
5 DATE: August 14, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE